Hillary P. Carls
CARLS LAW PLLC
322 W. Mendenhall, P.O. Box 85
Bozeman, MT 59771
406.577.2145
406.219.0256 (fax)
hillary@carlslaw.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| Elizabeth Klemann,<br><br>        Plaintiff,<br><br>   vs.<br><br>Zachary Joseph Jackson Ailes, and John Doe Defendants 1-50,<br><br>        Defendants. | Case No.: CV 23-150-M-KLD<br><br>**Stipulated Motion to Dismiss<br>with Prejudice** |

The parties, by and through their counsel of record, stipulate that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this matter shall be dismissed with prejudice because it has been fully settled upon the merits, each party to bear its own costs and attorney fees.

Dated this 27th day of May, 2025.

CARLS LAW, PLLC

/s/ Hillary P. Carls
Hillary P. Carls
*Attorney for Plaintiff*

1

Dated this 27th day of May, 2025.

STACEY & FUNYAK

/s/ Calvin J. Stacey
Calvin J. Stacey
*Attorney for Defendant*