IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ELIZABETH KLEMANN, | CV 23-150-M-KLD |
| Plaintiff, | ORDER |
| vs. | |
| ZACHARY JOSEPH JACKSON AILES and JOHN DOE DEFENDANTS 1–50, | |
| Defendants. | |

Upon stipulated motion by the parties and good cause shown,

IT IS HEREBY ORDERED pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this matter is dismissed with prejudice because it has been fully settled upon the merits, each party to bear its own costs and attorney fees.

DATED this 29th day of May, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1